IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD

TERRY LESTER,

    Plaintiff,

v.                          CIVIL ACTION No. 1:25-00417

CLINTON COLEMAN, et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

Pending before the court is plaintiff's motion to Extend Time to Make Service on defendants Clinton Coleman and Ronnie Matney.  See ECF No. 25.  Defendant State Farm does not object to the motion.  See ECF No. 30.  As set forth below, that motion is **GRANTED**.

In his motion, plaintiff seeks an additional sixty (60) days to serve defendants Coleman and Matney.  Plaintiff details his multiple efforts to serve these defendants.  In consideration of the foregoing, the court finds that good cause exists to grant plaintiff's motion, and he shall have an additional sixty (60) days to serve defendants.

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record.

It is **SO ORDERED** this 12th day of September, 2025.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge